IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KRISTINA BARBER,

    Plaintiff,                                                  Case No. 3:14-cv-325

       vs.

COMMISSIONER OF                                    District Judge Thomas M. Rose
SOCIAL SECURITY,                                  Magistrate Judge Michael J. Newman

    Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

        The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

        Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #13) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **REVERSED**;

3. This matter is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and

4. This case is terminated on the docket of this Court.

Date: December 11, 2015                                       \*/Thomas M. Rose
                                                                    _____
                                                                    THOMAS M. ROSE
                                                   UNITED STATES DISTRICT JUDGE