# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KRISTINA BARBER, | : | |
| Plaintiff, | : | Case No. 3:14-cv-325 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael J. Newman |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | : | |
| | : | |
| Defendant. | : | |

# DECISION AND ORDER

This case is before the Court upon Plaintiff's Motion For Attorney Fees Under Equal Access To Justice Act, 28 U.S.C. § 2412(d) (Doc. 16). The Commissioner of Social Security has not opposed the motion, and the time for her to do so has expired. This matter is therefore ripe for review.

Upon review of the Motion For Attorney Fees, its supporting memorandum, and the exhibits attached thereto, and noting that no objections have been filed, the Court finds that Plaintiff is entitled to the requested award of attorney's fees and costs in the amount $4,279.95.

Accordingly, the Court hereby **ORDERS** that:

1. The Motion For Attorney Fees Under Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 16) is **GRANTED**, and Defendant shall pay Plaintiff's attorney fees, costs, and expenses under 28 U.S.C. § 2412

        in the total amount of $4,279.95;

2.     Defendant shall verify, **within thirty days of this Decision and Order,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to an EAJA assignment duly signed by Plaintiff and counsel; and

3.     The case remains terminated on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, February 25, 2016.

                                                                  s/Thomas M. Rose
                                                                    THOMAS M. ROSE
                                                    UNITED STATES DISTRICT JUDGE